### 19339. DANIEL *v.* THE STATE.

BROYLES, C. J.  Under all the facts of the case as disclosed by the record, this court is unable to hold that the judge of the superior court abused his discretion in overruling the certiorari.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 15, 1929.

*C. G. Battle*, for plaintiff in error.
*Carlton W. Binns*, solicitor, *John A. Boykin*, solicitor-general, *J. W. LeCraw*, contra.